IT IS HEREBY ADJUDGED and DECREED that the below described is SO ORDERED.

Dated: January 05, 2023.

_____
MICHAEL M. PARKER
UNITED STATES BANKRUPTCY JUDGE

_____

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| **In re:** | § | |
| | § | **Case No. 21-50546-mmp** |
| **ELECTRO SALES & SERVICE, INC.** | § | |
| | § | **Chapter 11** |
| **Debtor.** | § | |

| | | |
|---|---|---|
| **MR. W FIREWORKS, INC.,** | § | |
| **Plaintiff,** | § | |
| | § | |
| **v.** | § | **Adversary No. 22-05045** |
| | § | |
| **ELECTRO SALES & SERVICE, INC.,** | § | |
| **Defendant.** | § | |

### ORDER GRANTING MOTION OF PLAINTIFF MR. W FIREWORKS, INC. TO EXPEDITE CONSIDERATION OF APPLICATION FOR PRELIMINARY INJUNCTION

On this date came on for consideration the Motion filed by Plaintiff Mr. W Fireworks, Inc. ("Movant") requesting an expedited hearing on its Application for Preliminary Injunction. [Adv. Dock. No. 3.] The Court finds that the Motion should be GRANTED. Movant's **Motion shall be heard on January 9, 2023 @2:00pm in Courtroom #1, 3rd Floor, 615 E. Houston Street, San Antonio, Texas.**

      IT IS, THEREFORE, ORDERED that the Hearing on the Application for Temporary Injunction shall be served on interested parties by Mr. Buck.

###

Order Prepared By:
Clint Buck
Branscomb Law
Attorneys for Mr. W Fireworks, Inc.