**IT IS HEREBY ADJUDGED and DECREED that the below described is SO ORDERED.**

**Dated: January 10, 2023**

_____
**MICHAEL M. PARKER**
**UNITED STATES BANKRUPTCY JUDGE**

---

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| ELECTRO SALES & SERVICE, INC. | § | CASE NO. 21-50546-MMP |
| | § | |
| | § | |
| DEBTOR. | § | CHAPTER 11 |
| | § | |
| | § | |
| MR. W FIREWORKS, INC. | § | |
| | § | |
| PLAINTIFF, | § | |
| | § | |
| V. | § | ADVERSARY NO. 22-05045-MMP |
| | § | |
| ELECTRO SALES & SERVICE, INC. | § | |
| & 2317 PINN ROAD INVESTMENT INC., | § | |
| | § | |
| DEFENDANTS. | § | |

### ORDER DENYING MOTION

The Court heard *Plaintiff's Motion for Award of Attorney's Fees under Local Rule 7054* (ECF No. 23) and determined that it should be denied because the Court granted *Defendant 2317 Pinn Road Investment Inc.'s Motion to Set Aside Default and Default Judgment* at the hearing and for the reasons stated on the record. It is, therefore,

**ORDERED** that the above-referenced *Motion* is hereby **DENIED**.

# # #