**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

| | | |
|---|---|---|
| **In re:** § | | |
| § | | |
| **ELECTRO SALES & SERVICES,** § | CASE NO. 21-50546-MMP | |
| **INC.** § | | |
| § | **Chapter 11** | |
| Debtor. § | | |

| | | |
|---|---|---|
| **MR. W FIREWORKS, INC.** § | | |
| § | | |
| *Plaintiff,* § | **ADVERSARY PROCEEDING** | |
| v. § | | |
| § | **NO. 22-05045** | |
| **ELECTRO SALES & SERVICE, INC.** § | | |
| **and PINN ROAD INVESTMENT INC.** § | | |
| § | | |
| *Defendants.* § | | |

**ORDER GRANTING DEFENDANT 2317 PINN**
**ROAD INVESTMENT INC'S MOTION TO DISMISS**

On the ____ day of _____, 2023, the came on for hearing the Defendant 2317 Pinn

Road Investment Inc.'s Motion to Dismiss the Plaintiff's First Amended Complaint for Revocation

1

of Confirmation Order and Other Related Relief (Doc 3) based on Federal Rule 12(b)(6) and (7).

The Court having reviewed the motion and exhibits, the response of the Plaintiff and exhibits as well as the the memorandums of authority by the parties in this case. The Court finds that that Defendant 2317 Pinn Road Investments, Inc.'s Motion to Dismiss should be granted.

It is therefore, ORDERED, ADJUDGED, and DECREED that the Defendant Pinn Road Investment, Inc.'s Motion to Dismiss the Plaintiff's First Amended Complaint for Revocation of Confirmation Order be, and it hereby is, GRANTED.

It is further ORDERED, ADJUDGED, and DECREED that the Plaintiff take nothing by reason of its claims in this suit against the Defendant 2317 Pinn Road Investment, Inc. or its property that it owns and located at 2750 Sout Loop 1604 East, San Antonio, Texas 78264 as evidenced by the Warranty Deed With Vendor's Lien dated July 5, 2022, and filed of record in Bexar County, Texas aty Document Number 20220166850 on July 6, 2022.

It is further ORDERED, ADJUDGED, and DECREED that the dismissal of this case is with prejudice to the Plaintiff to refile its claims against Defendant 2317 Pinn Road Investment, Inc.

It is further ORDERED, ADJUDGED, and DECREED that all costs of court be assessed against the Plaintiff.

###

SUBMITTED BY:

Perry Cockerell, P.C.
8117 Preston Road, Suite 300
Dallas, Texas 75225

THE LAW OFFICES OF RAY BATTAGLIA, PLLC.
Raymond W. Battaglia
66 Granburg Circle
San Antonio, Texas 78218

ATTORNEYS FOR 2317 PINN ROAD INVESTMENT INC.