UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| In Re: Electro Sales & Service, Inc. | § § § | Case No. 21-50546-MMP |
| DEBTOR | § | Chapter 7 |

Mr. W. Fireworks, Inc.
Plaintiff

v.
Electro Sales & Service, Inc.          Adversary   Proceeding
And 2317 Pinn Road Investment, Inc.
Defendants                              Case No. 22-05045-MMP

## MOTION TO WITHDRAW AS COUNSEL FOR SALIM ABBAS MERCHANT INDIVIDUALLY

TO THE HONORABLE JUDGE OF SAID COURT:

Cynthia Zuniga Puig, Movant herein, files this Motion to Withdraw as Counsel and respectfully shows the Court as follows:

1. Movant states the following facts which establish good cause for this request.

2. On August 21, 2023 the Movant personally met with Mr. Salim Abbas Merchant.

3. Movant explained to Mr. Merchant that he was personally sued by the Chapter 7 Trustee and that an answer to that claim was filed by the Movant. The undersigned further explained that an amended claim was filed against him individually by the Chapter 7 Trustee on August 17, 2023 but that an answer had not yet been filed

4. Mr. Merchant advised the Movant that he did not want attorney representation in the matter that was filed against him personally and that he wanted to represent himself.

5. Mr. Merchant wrote a letter to the Court regarding his wishes to which I have attached hereto as Exhibit "A" and incorporated herein.

PRAYER: Movant prays that the Court grant this Motion and allow Cynthia Zuniga Puig to withdraw as attorney of record in this cause. Movant further requests such other and further relief as may be determined by the Court to be appropriate.

Respectfully submitted,

DANIELS & DANIELS
11120 Wurzbach Road
Oak Ridge Square, Suite 301
San Antonio, Texas 78230
Telephone: (210) 225-4595
Fax: (210) 225-5673

_____
Cynthia Zuniga Puig
Email: cynthiapuig@danielslawfirm.org
State Bar No. 22293457

**CERTIFICATE OF SERVICE**

I hereby certify that on August 22, 2023 a true and correct copy of the above and foregoing was served upon the following parties via electronic means as listed on the Court's ECF Noticing System or by regular first class mail:

| | | |
|---|---|---|
| Electro Sales & Service, Inc.<br>27015 Granite Path<br>San Antonio, Texas 78258 | Steven Cennamo<br>8546 Broadway, Suite 100<br>San Antonio, TX 78217 | Salam Merchant<br>27015 Granite Path<br>San Antonio, Texas 78258 |
| AMEX<br>Becket & Lee<br>PO Box 3001<br>Malvern, PA 19355 | United States Trustee<br>615 E. Houston, Rm. 533<br>San Antonio, Texas 78205 | Bexar County Tax Collector<br>c/o LinebargerGogganBlair&Sampson<br>711 Navarro St., #300<br>San Antonio, TX 78205 |
| Frost Bank<br>Attn.: Bankruptcy Dept.<br>P.O. Box 1600<br>San Antonio, TX 78296 | Jose C. Rodriguez<br>Chapter 7 Trustee<br>1101 W. 34th Street, #223<br>Austin, TX 78705 | Morris E. "Trey" White III<br>Villa & White LLP<br>1100 N.W. Loop 410, Suite 802<br>San Antonio, Texas 78213 |
| Clint Buck<br>4630 North Loop 1604 West<br>Suite 206<br>San Antonio, Texas 78249 | San Pedro Real Estate, LLC<br>5025 Timberhill, Suite 111<br>San Antonio, Texas 78228 | Tibor & Daniela Ritter<br>PO Box 782129<br>San Antonio, Texas 78278 |

Raymond Battaglia
66 Granburg Circle
San Antonio, Texas 78218

_____
Cynthia Zuniga Puig

August 21, 2022

To The Honorable Judge Michael Parker:

I, Salim Abbas Merchant, do hereby inform the Court that I do not want anyone representing me personally. I have the right to, and I want to represent myself. Please allow Ms. Cynthia Zuniga Puig to withdraw as my personal attorney in case number 21-50546-MMP and case number 22-05045-MMP.

Please all correspondence regarding these cases to my home address at:

27015 Granite Path

San Antonio, Texas 78258

My email address is salimmerchant04@gmail.com.

Thank you for your attention to this matter.

Sincerely,

Salim Abbas Merchant
*[signature]*

Ex. "A"

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| In Re: Electro Sales & Service, Inc. | § § § | Case No. 21-50546-MMP |
| DEBTOR | § | Chapter 7 |

Mr. W. Fireworks, Inc.
Plaintiff

v.
Electro Sales & Service, Inc.               Adversary   Proceeding
And 2317 Pinn Road Investment, Inc.
Defendants                                  Case No. 22-05045-MMP

## ORDER ON MOTION TO WITHDRAW AS COUNSEL FOR SALIM ABBAS MERCHANT INDIVIDUALLY

Came to be heard the Motion to Withdraw as Counsel for Salim Abbas Merchant, Individually filed by Cynthia Zuniga Puig, and it appears to the Court that the Motion should be granted. It is, therefore,

**ORDERED** that the above-referenced Motion is hereby **GRANTED**. It is further.

**ORDERED** that Cynthia Zuniga Puig is authorized to withdraw as counsel for Salim Abbas Merchant.

PREPARED BY:

DANIELS & DANIELS
11120 Wurzbach Road
Oak Ridge Square, Suite 301
San Antonio, TX 78230
Telephone: 210-225-4595
Fax: 210-225-5673
Email: cynthiapuig@danielslawfirm.org

_____
Cynthia Zuniga Puig
State Bar No. 22293457