**IT IS HEREBY ADJUDGED and DECREED that the below described is SO ORDERED.**

**Dated: October 23, 2023**

_____
MICHAEL M. PARKER
UNITED STATES BANKRUPTCY JUDGE

_____

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| IN RE: ELECTRO SALES & SERVICE, INC. | s | CASE NO. 21-50546-MMP |
| DEBTOR | s | CHAPTER 7 |

| | | |
|---|---|---|
| MR. W. FIREWORKS, INC. PLAINTIFF | s | ADVERSARY PROCEEDNG |
| | s | CASE NO. 22-05045 |
| ELECTRO SALES & SERVICE, INC. AND 2317 PINN ROAD INVESTMENT, INC. | s | |
| DEFENDANTS | s | |

### ORDER ON EXPEDITED MOTION TO WITHDRAW AS COUNSEL FOR ELECTRO SALES & SERVICES, INC.

Came to be heard the Expedited Motion to Withdraw as Counsel filed by Cynthia Zuniga Puig came to be heard, and it appears to the Court that the Motion should be granted. It is, therefore,

**ORDERED** that the above-referenced Motion is hereby **GRANTED**. It is further

**ORDERED** that Cynthia Zuniga Puig is authorized to withdraw as counsel for Electro Sales & Services, Inc.

###

PREPARED BY:

DANIELS & DANIELS
11120 Wurzbach Road
Oak Ridge Square, Suite 301
San Antonio, TX 78230
Telephone: 210-225-4595
Fax: 210-225-5673
Email: cynthiapuig@danielslawfirm.org

_____
Cynthia Zuniga Puig
State Bar No. 2229345 7