**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION**

| | | |
|---|---|---|
| **In re:** § | | |
| § | | |
| **ELECTRO SALES & SERVICES, INC.** § § | **CASE NO. 21-50546-MMP** | |
| § | | |
| § | **Chapter 11** | |
| *Debtor.* § | | |
| § | | |
| § | | |
| **MR. W FIREWORKS, INC.** § | | |
| § | | |
| *Plaintiff,* § | | |
| § | | |
| **v.** § | **ADVERSARY PROCEEDING** | |
| § | | |
| **ELECTRO SALES & SERVICES, INC., 2317 PINN ROAD INVESTMENT INC., SHEBILO MANAGEMENT, INC.,** § § § § § | **CASE NO. 22-05045** | |
| § | | |
| *Defendants,* § | | |
| § | | |
| **v.** § | | |
| § | | |
| **SALIM MERCHANT; JOSE C. RODRIQUEZ,** § § | | |
| § | | |
| *Third Party Defendants.* § | | |
| § | | |

**ORDER ON NON-PARTY ALAMO TITLE COMPANY'S MOTION TO
QUASH SUBPOENA**

On this date, the Court considered *Non-Party Alamo Title Company's Motion to Quash Subpoena.* Having considered the motion, any responses or replies to the motion, and the Courts own records, the Court determined that the motion is meritorious and should be granted in its entirety.

**IT IS THEREFORE ORDERED** *Non-Party Alamo Title Company's Motion to Quash Subpoena and Motion for Protective Order* is **GRANTED**; and,

**IT IS FINALLY ORDERED** that Defendants', 2317 Pinn Road Investments, Inc. and Shebilo Management, Inc., *Subpoena in a Civil Case* issued on or about January 10, 2024 is quashed and Alamo Title Company does not need to produce Joe Gimblet, Vice-President of Alamo Title Company for deposition.

Prepared by:

*/s/ Brandon Hakari*
Brandon Hakari
State Bar No. 24107552
Gregory T. Brewer
State Bar No. 00792370
**FIDELITY NATIONAL LAW GROUP**
6900 Dallas Parkway, Ste 610
Plano, Texas 75024
Telephone No.: (972) 812-6547
Telecopy No.: (972) 812-9408
brandon.hakari@fnf.com

**COUNSEL FOR NON-PARTY ALAMO
TITLE COMPANY**